KHALID ATAYA

VERSUS

NISA SUANPHAIRIN

NO. 22-C-94

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Susan S. Buchholz*
Susan S. Buchholz
First Deputy, Clerk of Court

March 11, 2022

Susan Buchholz
First Deputy Clerk

**IN RE** NISA SUANPHAIRIN

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE NANCY A. MILLER, DIVISION "I", NUMBER 760-773

Panel composed of Judges Fredericka Homberg Wicker,
Robert A. Chaisson, and Hans J. Liljeberg

**WRIT GRANTED**

Relator Nisa Suanphairin seeks supervisory review of a February 24, 2022 judgment of the district court denying her motion to stay a January 14, 2022 order from the Domestic Commissioner for the 24th Judicial District Court that granted a motion for contempt filed by respondent Khalid Ataya and ordered relator's "immediate imprisonment at the Jefferson Parish Jail for a period of ninety (90) days without the possibility of parole, probation, or early release." In a separate pleading, relator has also appealed the February 24, 2022 judgment of the district court that made final the Domestic Commissioner's January 14, 2022 order and dismissed relator's objection to the same.

We construe relator's application as a request to this Court to stay the execution of her 90-day jail sentence for contempt, pending final determination of the merits of her appeal. On the showing made, we grant relator's request and stay the execution of relator's 90-day jail sentence for contempt, pending final

22-C-94

determination of the merits of her appeal.  This stay pertains only to relator's 90-day jail sentence for contempt in this matter and shall have no effect on any other sentences relator may be concurrently serving or upon any bond obligation imposed upon relator for other criminal charges.

Gretna, Louisiana, this 11th day of March, 2022.

**RAC**
**FHW**
**HJL**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **03/11/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**22-C-94**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Nancy A. Miller (DISTRICT JUDGE)
Richard L. Ducote (Relator)          Jeffrey M. Hoffman (Respondent)
Victora McIntyre (Relator)           Gordon J. Kuehl (Respondent)

### MAILED